ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
JOSEPH LANGKAMER (PA BAR NO. 208286)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2212
E-Mail: Joseph.Langkamer@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DARREN ARRINGTON,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 2:26-cv-2467-JDP

STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 16, 2026, up to and including December 16, 2026. This is the Defendant's first request for an extension.

Defense counsel is working with a newer attorney in our office on this case and is overseeing her work. Since the plaintiff's opening brief was filed, that attorney has handled numerous briefs and continues to have a heavy workload, and she may be out of the office on unanticipated leave between now and the time the current brief is due. Likewise, the undersigned

defense counsel also has worked on multiple cases, including reviewing other attorneys' work and drafting his own briefs. For these reasons, Defendant respectfully requests additional time to file the brief in this case.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 5, 2026

/s/ *Andrea Banks**
(*as authorized via e-mail)
ANDREA BANKS
Attorney for Plaintiff

Dated: November 5, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 16, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: November 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE